UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*-Electronically Filed-*

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:19-cv-00396-CHB |
| ) | |
| vs. ) | |
| ) | |
| EASTERN KENTUCKY UNIVERSITY, *ET AL*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## MOTION TO RESET ALL DEADLINES

The parties, by counsel, move this Court to reset all deadlines in the scheduling order. The parties have completed discovery and are continuing to explore the potential resolution of this case. Family matters involving counsel have impacted the progress of this case in the past few weeks and counsel realize the practical continuing of COVID-19 matters upon the trial calendar. Proceeding with meeting the current deadlines for dispositive motions and pre-trial compliance will utilize time and expense that may make a resolution of the case unlikely. Counsel have also conferred with the Magistrate Judge about all these matters raised in this motion, and accordingly move this Court for an Order as follows:

1. All currently scheduled matters in this case are cancelled.

2. The parties shall schedule a settlement conference with Magistrate Judge Stinnett to be conducted before June 30, 2021.

3. After the conclusion of the settlement conference, the parties shall report to the Court the need for any further scheduled items.

All counsel have conferred and consent to this motion.

Respectfully submitted,

/s/ *Bryan H. Beauman*
Bryan H. Beauman
Jessica R. Stigall
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 W. Vine Street, Suite 1500
Lexington, Kentucky 40507
Telephone: (859) 255-8581
Facsimile: (859) 231-0851
bbeauman@sturgillturner.com
jstigall@sturgillturner.com
COUNSEL FOR DEFENDANTS EASTERN KENTUCKY UNIVERSITY, BOB BROWN, EMILY JOE DAVIS, DR. EUGENE PALKA, BRIAN MULLINS, KENNA MIDDLETON, SERGEANT MARCUS JOHNSON, PATROLMAN DREW ROGERS, AND SERGEANT TIMOTHY GUNN

AND

Dana Daughetee Fohl, J.D.
University Counsel
Office of University Counsel
Eastern Kentucky University
521 Lancaster Avenue
Coates Building, Room 212
Coates CPO 40
Richmond, KY 40475
Dana.Fohl@eku.edu
CO-COUNSEL FOR DEFENDANT EASTERN KENTUCKY UNIVERSITY

/s/ *Donald M. Wakefield (with permission)*
Donald M. Wakefield
GESS MATTINGLY & ATCHISON, P.S.C.
201 West Short Street, Suite 102
Lexington, KY 40507
dwakefield@gmalaw.com
COUNSEL FOR DEFENDANT APRIL BARNES

/s/ *W. Kash Stilz, Jr.*
W. Kash Stilz, Jr.
Roush & Stilz, P.S.C.
19 West Eleventh Street
Covington, KY  41011-3003
kash@roushandstilzlaw.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will electronically deliver to all counsel.

/s/ *Bryan H. Beauman*
COUNSEL FOR DEFENDANTS

3