UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:19-CV-396-CHB |
| | ) |
| v. | ) |
| | ) **ORDER GRANTING MOTION TO** |
| BOB BROWN, et al., | ) **RESET ALL DEADLINES** |
| | ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Motion to Reset all Deadlines [R. 40]. All counsel have conferred and consent to this motion. Having reviewed the Motion, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Reset all Deadlines [**R. 40**] is **GRANTED.**

2. All scheduled matters in this case are canceled.

3. The parties shall confer with the Magistrate Judge to have a settlement conference conducted no later than June 30, 2021.

4. Within **10 days** after the conclusion of the settlement conference, the parties shall report to the Court the need for any further scheduled items.

This the 25th day of March, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY